# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 6D2025-0694
Lower Tribunal Nos. 2014-CA-000699 and 2022-CA-005908

—————————————————

HERCULES HUU NGUYEN,

Appellant,

v.

WALDENLIFE PENSION CAPITAL, LLC and REAL ESTATE BROKERS, LLC,

Appellees.

—————————————————

Appeal from the Circuit Court for Orange County.
Brian S. Sandor, Judge.

July 10, 2026

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory."); *Polyglycoat Corp. v. Hirsch Distribs., Inc.,* 442 So. 2d 958, 960 (Fla. 4th DCA 1983) ("When points, positions, facts and supporting authorities are omitted from the brief,

a court is entitled to believe that such are waived, abandoned, or deemed by counsel to be unworthy.").

STARGEL, NARDELLA and BROWNLEE, JJ., concur.


Patrice Scott, of Solomon Scott Law Firm, PLLC, Orlando, for Appellant.

Christopher Hixson, of Hixson Law Group, Largo, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED